# Court of Appeals
# of the State of Georgia

ATLANTA,    April 06, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0785.  IN RE:  ESTATE OF CLAUDETTE C. MARCHAND.**

This appeal is from the Probate Court of Coweta County's order confirming an arbitration decision.  Under OCGA § 15-9-123 (a), a party in a civil case in a probate court, as defined in OCGA § 15-9-120 (2), may appeal the probate court's decision to the Court of Appeals or the Supreme Court. However, it appearing that the Probate Court of Coweta County does not meet that definition contained in OCGA § 15-9-120 (2), this appeal should have been filed in the Superior Court of Coweta County. OCGA § 5-3-2 (a).  "The 1983 Constitution of the State of Georgia, Article VI, Section I, Paragraph VIII provides, 'Any court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere.'"  *Bosma v. Gunter*, 258 Ga. 664 (373 SE2d 368) (1988). Accordingly, this appeal is hereby TRANSFERRED to the Superior Court of Coweta County.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  04/06/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*